

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 17, 2020

**BY EMAIL**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: ***United States v. Neftali DeJesus Cantoral-Monray***
        **19 Mag. 11648**

Dear Judge Davison,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

                Very truly yours,

                GEOFFREY S. BERMAN
                United States Attorney

by: _____
      Benjamin A. Gianforti
      Assistant United States Attorney
      (914) 993-1919

APPLICATION GRANTED
_____
Hon. Paul E. Davison, U.S.M.J.
1/17/20